I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-19-11

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARCIA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,<br><br>　　　　Respondent. | Case No. EDCV 10-1986-GW(JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend and (2) Judgment be entered dismissing this action with prejudice.

DATED: December 18, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1